# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>RUBEN BOTELLO (1),<br><br>                             Defendant. | Case No.  14CR2622-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>OCT - 1 2014<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY                   DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☐    the Court has granted the motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☒    the jury has returned its verdict, finding the defendant not guilty;

☒    of the offense(s) as charged in the Indictment:

      21 USC 841(a)(1), 846;  21 USC 841(a)(1), 18 USC 2

Dated:   October 1, 2014

                                                      Hon. Gonzalo P. Curiel<br>
                                                      United States   Judge